UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE ANDREW G. SCHOPLER TO MAGISTRATE JUDGE DANIEL E. BUTCHER | **TRANSFER ORDER** |

The following cases are transferred from Magistrate Judge Andrew G. Schopler to Magistrate Judge Daniel E. Butcher. All conferences or hearings previously set before Judge Schopler will remain **as scheduled** and will be held before Judge Butcher. All dates set before any District Judge remain unchanged.

| Case Number | Case Name |
|---|---|
| 20-cv-0544-MMA | Coniglio v. Sigala |
| 18-cv-02173-LAB | Jones v. Madden |
| 20-cv-0557-GPC | Charman v. Titan Mutual Lending |
| 20-cv-01077-CAB | Liou v. Organifi, LLC et al |
| 20-cv-0966-AJB | Wasa Medical v. Sorrento Therapeutics |
| 19-cv-2458-H | Verragio, LTD v. Bijou Jewelers |
| 18-cv-2818-AJB | National Funding v. Ryan Hinton |
| 20-cv-0507-H | Associated Industries Ins. v. Mt. Hawley |

Dated:  May 28, 2020

Hon. Andrew G. Schopler
United States Magistrate Judge

1