UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ERIC MICHAEL CONIGLIO, CDCR #F12861,<br><br>                             Plaintiff,<br><br>v.<br><br>M. SIGALA, et al.,,<br><br>                             Defendants. | Case No.:  20-cv-544-MMA (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER [Dkt. No. 18] AND AMENDED SCHEDULING ORDER** |
|---|---|

Before the Court is the parties' Joint Motion to Modify Scheduling Order. Dkt No. 18. With good cause appearing, the Court grants the Motion. The new Scheduling Order dates are as follows:

| Event | Deadline/Date |
|---|---|
| Mandatory Settlement Conference | 7/19/2021, 1:30 p.m. |
| Mandatory Settlement Conference Briefs | 7/12/2021 |
| Fact Discovery Cutoff | 7/30/2021 |
| Expert Witness Designations | 8/30/2021 |
| Supplemental/Rebuttal Expert Designations | 9/24/2021 |
| Expert Witness Disclosures | 10/22/2021 |
| Supplemental/Rebuttal Expert Disclosures | 11/19/2021 |
| Dispositive Pretrial Motion Filing | 12/31/2021 |

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. No. 9 (Scheduling Order).

**IT IS SO ORDERED**.

Dated: April 9, 2021

_____

Honorable Daniel E. Butcher
United States Magistrate Judge