UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MICHAEL CONIGLIO, CDCR #F12861,<br><br>Plaintiff,<br><br>v.<br><br>M. SIGALA, et al.,,<br><br>Defendants. | Case No.:  20-cv-544-MMA-DEB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>**[DKT. NO. 25]** |

Before the Court is the parties' Joint Motion to Modify Scheduling Order. Dkt No. 25. With good cause appearing, the Court grants the Joint Motion. <u>This is the fourth continuance of the Scheduling Order dates. Dkt. Nos. 18, 21, 24. The parties must comply with the new deadlines and should not anticipate that the Court will grant any further requests to adjust them.</u>

The new Scheduling Order dates are as follows:

| Event | Deadline/Date |
|---|---|
| Mandatory Settlement Conference | 1/24/2022, 1:30 p.m. |
| Mandatory Settlement Conference Briefs | 1/17/2022 |
| Fact Discovery Cutoff | 1/10/2022 |
| Expert Witness Designations & Disclosures | 2/11/2022 |
| Supplemental/Rebuttal Expert Designations & Disclosures | 3/11/2022 |

1

20-cv-544-MMA-DEB

| Expert Discovery Cutoff | 4/8/2022 |
|---|---|
| Dispositive Pretrial Motion Filing | 5/6/2022 |

**IT IS SO ORDERED**.

Dated: November 3, 2021

_____
Honorable Daniel E. Butcher
United States Magistrate Judge