UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MICHAEL CONIGLIO,<br><br>                              Plaintiff,<br><br>v.<br><br>M. SIGALA, et al.,<br><br>                              Defendants. | Case No.:  20-cv-544-MMA-DEB<br><br>**ORDER PROVIDING UPDATED PROCEDURES FOR MANDATORY SETTLEMENT CONFERENCE** |

The Court issues the following updated instructions for the Mandatory Settlement Conference ("MSC") on **January 24, 2022** at **1:30 p.m.**

1. **Review of Chambers Rules:** Counsel must refer to the undersigned's Chambers Rules for Civil Cases, which are accessible via the Court's website at https://www.casd.uscourts.gov/judges/butcher/docs/Chambers%20Rules.pdf, for the Court's requirements for submission of settlement briefs and participation in the MSC.

2. **Procedure for Zoom Videoconference Appearance:** Although the Court typically requires personal attendance of all participants, due to the COVID-19 public emergency, the Court will use its Zoom video conferencing account to hold the MSC.

*If you are unfamiliar with Zoom:* Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through

the installation of a free app.[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom and familiarize themselves with Zoom in advance of the MSC.[2] There is a cost-free option for creating a Zoom account.

Prior to the start of the MSC, the Court will email each participant an invitation to join a Zoom video conference. Participants must join the video conference by following the ZoomGov Meeting hyperlink in the invitation. *Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding*. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the MSC begins.

Each participant should plan to join the Zoom video conference *at least five minutes before* the start of the MSC to ensure that the conference begins on time. *The Zoom e-mail invitation may indicate an earlier start time, but the MSC will begin at the time scheduled by the Court.*

Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person one. The Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout

---

[1]   Participants are encouraged to use laptops or desktop computers for the video conference, if possible, as mobile devices often offer inferior performance.

[2]   For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

[3]   For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

Rooms will also allow parties and counsel to communicate confidentially outside the presence of the Court.

No later than **January 17, 2022** counsel for each party must send an e-mail to the Court at efile_butcher@casd.uscourts.gov containing the following:

    a.    The *name and title of each participant*, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b.    An *e-mail address for each participant* to receive the Zoom video conference invitation; and

    c.    A *telephone number where each participant* may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

Counsel are responsible for ensuring their clients are able to participate in the MSC. All participants must display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person (e.g., not be driving while speaking to the Court, or otherwise distracted). Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

//
//
//
//

1   Questions regarding this case or the mandatory guidelines set forth herein may be
2   directed to the Magistrate Judge's law clerks at (619) 446-3704.
3   **IT IS SO ORDERED.**
4   Dated: November 12, 2021

_____
Honorable Daniel E. Butcher
United States Magistrate Judge