UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MICHAEL CONIGLIO, CDCR #F12861,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>M. SIGALA, et al.,,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-cv-544-MMA-DEB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>**[DKT. NO. 30]** |

　　　Before the Court is the parties' Joint Motion to Modify Scheduling Order. Dkt No. 30. With good cause appearing, the Court grants the Joint Motion. <u>This is the fifth continuance of the Scheduling Order dates. Dkt. Nos. 18, 21, 24, 26. The parties must comply with the new deadlines and should not anticipate the Court will grant any further requests to adjust them.</u>

　　　The new Scheduling Order dates are as follows:

| Event | Deadline/Date |
|---|---|
| Expert Witness Designations | 4/18/2022 |
| Expert Witness Disclosures | 5/10/2022 |
| Supplemental/Rebuttal Expert Disclosures | 5/31/2022 |

| Expert Discovery Cutoff | 6/30/2022 |
| Dispositive Pretrial Motion Filing | 7/1/2022 |

**IT IS SO ORDERED**.

Dated: February 18, 2022

_____
Honorable Daniel E. Butcher
United States Magistrate Judge