# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CONIGLIO,<br><br>                          Plaintiff,<br><br>vs.<br><br>M. SIGALA; J. DURAN,<br><br>                          Defendants. | Case No. 20-cv-544-MMA (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 35] |

On June 8, 2022, Plaintiff Eric Coniglio and Defendants M. Sigala and J. Duran filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear their own costs and attorney's fees. The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated: June 9, 2022

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge